NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARTELL DION HARRIS,                   )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-887
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____        )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender,
and Daniel Muller, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Llanes,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

              Affirmed.

KHOUZAM, C.J., and NORTHCUTT and BLACK, JJ., Concur.